UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELIX CASTRO,<br><br>                            Plaintiff,<br><br>-v.-<br><br>SG AND ARL VENTURES, LLC,<br><br>                            Defendant. | 23 Civ. 07903 (JHR)<br><br>ORDER OF REFERENCE TO A<br>MAGISTRATE JUDGE |

JENNIFER H. REARDEN, District Judge:

This action is referred to the assigned Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute: _____

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☐ Settlement

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation).
Particular Motion: _____

SO ORDERED.

Dated: September 8, 2023
       New York, New York

                                                    JENNIFER H. REARDEN
                                                    United States District Judge