**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
**FELIX CASTRO** on behalf of himself         Case No.1:23-cv-07903-JHR-GWG
and all others similarly situated,

                  Plaintiff,         **NOTICE OF VOLUNTARY**
                                              **DISMISSAL WITHOUT PREJUDICE**

        -against-

**SG And ARL Ventures, LLC**

                  Defendant.
-----------------------------------------------------------x

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:  Jericho, New York
        December 26, 2023

                                                   Respectfully Submitted,

                                                   */s/ Noor A. Saab*
                                                   By: Noor A. Saab Esq.
                                                   *Attorney for Plaintiff*
                                                   The Law Office of Noor A. Saab, Esq.
                                                   380 North Broadway, Penthouse West
                                                   Jericho, New York 11753
                                                   Tel: 718-740-5060
                                                   Email: noorasaablaw@gmail.com